# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:26-cv-00269-DFM | Date: | June 16, 2026 |
| --- | --- | --- | --- |
| Title | Tommy Tran v. Costco Wholesale Corporation et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| --- | --- |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |
| --- | --- |

On May 5, 2026, the Court issued an Order granting Defendant Costco Wholesale Corporation's ("Costco's") Motion to Disqualify Counsel. See Dkt. 22. The Court disqualified Downtown LA Law Group from representing Plaintiff in this action against Costco. See id. The Court stayed the action until May 31, 2026, and gave Plaintiff until then to file a notice with the court ("Notice") indicating whether he has retained new counsel or decided to proceed pro se. Id.

Plaintiff's deadline to file the Notice expired on May 31, 2026. As of the date of this Order, Plaintiff has not filed the Notice, requested an extension of time in which to do so, or otherwise responded to the Court's May 5, 2026 Order. A district court may dismiss an action for failure to prosecute or to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-31 (1962).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing and no later than fourteen (14) days from the date of this Order, why this action should not be dismissed with prejudice for failure to comply with the Court's May 5, 2026 Order and for failure to prosecute.

The filing of a Notice within the fourteen-day period will discharge this Order to Show Cause, and no separate written response will be required. Alternatively, Plaintiff may file a written response setting forth good cause why this action should not be dismissed.

Plaintiff is cautioned that the failure to file either a Notice indicating whether he has retained new counsel or decided to proceed pro se or a written response within the time permitted will be deemed consent to dismissal of this action and will result in dismissal of this action with prejudice and the entry of judgment without further notice. See L.R. 7-12.

| CV-90 (12/02) | CIVIL MINUTES-GENERAL | Initials of Deputy Clerk: nb |
| --- | --- | --- |

Page 1 of 1